October 29, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

FLEMING & ASSOCIATES, L.L.P. (N/K/A FLEMING, NOLEN & JEZ L.L.P.)
AND GEORGE FLEMING, Appellants

NO. 14-15-00238-CV                    V.

CHARLES KIRKLIN, STEPHEN KIRKLIN, PAUL KIRKLIN ET AL, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the orders signed by the court below on February 24, 2015. Having considered the motion and found it meritorious, we order the appeals **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Fleming & Associates, L.L.P. (n/k/a Fleming, Nolen & Jez L.L.P.) and George Fleming.

We further order this decision certified below for observance.